# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM, et al., | ) ) ) | CASE NO. 1:23-CV-00143 |
| | ) | JUDGE CHARLES E. FLEMING |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **ORDER GRANTING JOINT MOTION TO EXTEND TIME TO** |
| SOTERA HEALTH COMPANY, et al., | ) ) | **ANSWER OR OTHERWISE RESPOND TO COMPLAINT (ECF** |
| Defendants. | ) ) | **NO. 4)** |

Before the Court is a Joint Motion to Extend Time to Answer or Otherwise Respond to the Complaint (ECF No. 4), filed by Plaintiffs Oakland County Employees' Retirement System and Oakland County Voluntary Employees' Beneficiary Association ("Plaintiffs") and Defendants Sotera Health Company, Michael B. Petras, Jr., Scott J. Leffler, Michael F. Biehl, Michael P. Rutz, Kathleen A. Hoffman, Ruoki Chen, Sean L. Cunningham, David A. Donnini, Stephanie M. Geveda, Ann R. Klee, Constantine S. Mihas, James C. Neary, and Vincent K. Petrella ("SHC Defendants"). The Joint Motion asks this Court to arrange a preliminary case schedule in accordance with 15 U.S.C. § 78u-4, which governs private securities litigation.

The Joint Motion represents that Plaintiffs published notice of the pendency of this case on January 24, 2023. (ECF No. 4, PageID# 185). Pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i)(II), members of the purported class have until March 27, 2023, to move the Court for appointment as lead plaintiff. The Joint Motion also indicates that "the Court-appointed lead plaintiff will file an amended complaint and that the SHC Defendants will file motion(s) to dismiss." (*Id.*). Finally, 15 U.S.C. § 78u-4(a)(3)(B)(i) obligates the Court to rule upon all motions for appointment as lead plaintiff no later than April 26, 2023.

For good cause shown, the Joint Motion (ECF No. 4) is **GRANTED**. The Court **ORDERS**, **ADJUDGES**, and **DECREES** as follows:

1. SHC Defendants' answer date is hereby extended until further order of the Court; and

2. After the Court appoints a lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(i), the lead plaintiff and SHC Defendants shall file a joint proposed schedule delineating dates for the following:

    a. The filing of the lead plaintiff's Amended Complaint, which shall be no later than 45 days from the date of the Court's Order appointing the lead plaintiff;

    b. The date by which SHC Defendants must plead or otherwise move in response to the Amended Complaint; and

    c. If a motion to dismiss is contemplated in the joint proposed schedule, briefing deadlines consistent with Loc.R. 7.1.

3. The joint proposed schedule shall include a proposed Order for this Court to adopt the proposed schedule.

**IT IS SO ORDERED.**

Dated: March 9, 2023

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**