# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM and OAKLAND COUNTY VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOTERA HEALTH COMPANY, MICHAEL B. PETRAS, JR., SCOTT J. LEFFLER, MICHAEL F. BIEHL, MICHAEL P. RUTZ, KATHLEEN A. HOFFMAN, RUOXI CHEN, SEAN L. CUNNINGHAM, DAVID A. DONNINI, STEPHANIE M. GEVEDA, ANN R. KLEE, CONSTANTINE S. MIHAS, JAMES C. NEARY, VINCENT K. PETRELLA, WARBURG PINCUS LLC, GTCR, LLC, J.P. MORGAN SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GOLDMAN SACHS & CO. LLC, JEFFERIES LLC, BARCLAYS CAPITAL INC., CITIGROUP GLOBAL MARKETS INC., RBC CAPITAL MARKETS, LLC, BNP PARIBAS SECURITIES CORP., KEYBANC CAPITAL MARKETS INC., CITIZENS CAPITAL MARKETS, INC., ING FINANCIAL MARKETS LLC, ACADEMY SECURITIES, INC., LOOP CAPITAL MARKETS LLC, PENSERRA SECURITIES LLC, SIEBERT WILLIAMS SHANK & CO., LLC, and TIGRESS FINANCIAL PARTNERS LLC,<br><br>Defendants. | Case No. 1:23-cv-00143-CEF<br><br>Judge Charles Esque Fleming<br><br>**MOTION OF THE MICHIGAN FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**<br><br><u>ORAL ARGUMENT REQUESTED</u> |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, on such a date and time as may be designated by the Court, at the Carl B. Stokes United States Court House, 801 West Superior Avenue, Room 17A, Cleveland, Ohio, Oakland County Employees' Retirement System, Oakland County Voluntary Employees' Beneficiary Association, and Wayne County Employees' Retirement System (collectively, the "Michigan Funds") will move this Court, pursuant to Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an order: (i) appointing the Michigan Funds as Lead Plaintiff; (ii) approving the Michigan Funds' selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and Motley Rice LLC ("Motley Rice") to serve as Lead Counsel on behalf of the proposed Class; and (iii) granting any further relief as the Court may deem just and proper.

This Motion is made on the grounds that the Michigan Funds believe they are the "most adequate plaintiff" under the PSLRA and should, therefore, be appointed Lead Plaintiff. Specifically, the Michigan Funds believe that they have the "largest financial interest" in the relief sought by the Class in this action by virtue of, among other things, the over $2 million in losses that they incurred on their purchases of 121,000 shares of Sotera Health Company common stock between November 20, 2020 and September 19, 2022, both dates inclusive. The Michigan Funds also satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other Class members' claims and because they will fairly and adequately represent the interests of the Class. Moreover, the Michigan Funds are a paradigmatic Lead

Plaintiff under the PSLRA because they are sophisticated institutional investors with a substantial financial stake in the litigation, which guarantees effective monitoring and supervision of counsel.

The Michigan Funds hereby respectfully request oral argument on the instant motion. The Michigan Funds believe that oral argument may assist the Court in adjudicating the instant motion.

In support of this motion, the Michigan Funds submit the accompanying Memorandum of Law, Declaration of Scott D. Simpkins and exhibits attached thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, the Michigan Funds respectfully request that the Court: (i) appoint the Michigan Funds as Lead Plaintiff pursuant to the PSLRA; (ii) approve the Michigan Funds' selection of Bernstein Litowitz and Motley Rice to serve as Lead Counsel for the Class; and (iii) grant any further relief as the Court may deem just and proper.

| | |
|---|---|
| DATED: March 27, 2023 | **CLIMACO, WILCOX, PECA & GAROFOLI CO., LPA** |
| | |
| | *s/ Scott D. Simpkins* |
| | Scott D. Simpkins, SBN 66775 |
| | 55 Public Square, Suite 1950 |
| | Cleveland, OH 44113 |
| | Telephone: (216) 621-8484 |
| | Facsimile: (216) 771-1632 |
| | sdsimp@climacolaw.com |
| | |
| | *Liaison Counsel for Proposed Lead Plaintiff the Michigan Funds and Proposed Liaison Counsel for the Class* |
| | |
| | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| | Hannah Ross (*pro hac vice forthcoming*) |
| | Avi Josefson (*pro hac vice forthcoming*) |
| | Scott R. Foglietta (*pro hac vice forthcoming*) |
| | 1251 Avenue of the Americas |
| | New York, NY 10020 |
| | Telephone: (212) 554-1400 |

Facsimile: (212) 554-1444
hannah@blbglaw.com
avi@blbglaw.com
scott.foglietta@blbglaw.com

**MOTLEY RICE LLC**
Serena P. Hallowell (*pro hac vice forthcoming*)
777 Third Ave., 27th Floor
New York, NY 10017
Telephone: (212) 577.0040
Facsimile: (212) 577.0054
shallowell@motleyrice.com

*Counsel for Proposed Lead Plaintiff the Michigan Funds and Proposed Lead Counsel for the Class*

**VANOVERBEKE MICHAUD & TIMMONY P.C.**
Aaron L. Castle (*pro hac vice forthcoming*)
79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201
acastle@vmtlaw.com

*Additional Counsel for Proposed Lead Plaintiff the Michigan Funds*

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on March 27, 2023.

                                         *s/ Scott D. Simpkins*
                                         Scott D. Simpkins, SBN 66775
                                         **CLIMACO, WILCOX, PECA & GAROFOLI CO., LPA**
                                         55 Public Square, Suite 1950
                                         Cleveland, OH 44113
                                         Telephone: (216) 621-8484
                                         Facsimile: (216) 771-1632
                                         sdsimp@climacolaw.com