# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Joseph Rozell, on behalf of the Oakland County Employees' Retirement System ("Oakland County ERS") and the Oakland County Voluntary Employees' Beneficiary Association ("Oakland County VEBA") hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am Chairman of Oakland County ERS and Oakland County VEBA and I am authorized to sign this certification on their behalf.  I have reviewed the complaint and authorize its filing by counsel.

2. Oakland County ERS and Oakland County VEBA did not purchase or sell the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Oakland County ERS and Oakland County VEBA are willing to serve as representative parties on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Oakland County ERS's and Oakland County VEBA's transactions in the Sotera Health Company securities that are the subject of this action are set forth in the chart attached hereto.

5. Oakland County ERS and Oakland County VEBA have sought to serve and were appointed as lead plaintiffs and representative parties on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*In re Grand Canyon Education, Inc. Securities Litigation*,
No. 20-cv-639 (D. Del.)
*Building Trades Pension Fund of Western Pennsylvania v. Insperity, Inc.*,
No. 20-cv-5635 (S.D.N.Y.)

6. Oakland County ERS and Oakland County VEBA are currently serving as representative parties on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

*Oakland County Voluntary Employees' Beneficiary Association v. Generac Holdings Inc.*, No. 22-cv-1436 (E.D. Wis.)

7. Oakland County ERS and Oakland County VEBA are currently seeking to serve as a lead plaintiffs and representative parties on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

*Oakland County Voluntary Employees' Beneficiary Association v. Opendoor Technologies Inc.*, No. 22-cv-1987 (D. Ariz.)

8. Oakland County ERS and Oakland County VEBA have sought to serve as lead plaintiffs and representative parties on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew their motion for appointment as lead plaintiffs or were not appointed lead plaintiffs:

*City of Hollywood Police Officers Retirement System v. Citrix Systems, Inc.*, No. 21-cv-62380 (S.D. Fla.)

9. Oakland County ERS and Oakland County VEBA will not accept any payment for serving as a representative party on behalf of the Class beyond Oakland County ERS's and Oakland County VEBA's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of January, 2023.

Joseph Rozell
Chairman
*Oakland County Employees' Retirement System and Oakland County Voluntary Employees' Beneficiary Association*

**Oakland County Employees' Retirement System**
**Transactions in Sotera Health Company**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 6/23/2021 | 2,200 | 23.7162 |
| Purchase | 6/24/2021 | 4,926 | 23.8288 |
| Purchase | 6/25/2021 | 6,513 | 24.5065 |
| Purchase | 6/28/2021 | 3,361 | 24.8982 |
| Purchase | 7/13/2021 | 4,000 | 23.4927 |
| | | | |
| Sale | 3/23/2022 | (4,000) | 21.0726 |

**Oakland County Voluntary Employees' Beneficiary Association**
**Transactions in Sotera Health Company**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 6/23/2021 | 3,881 | 23.7162 |
| Purchase | 6/24/2021 | 8,693 | 23.8288 |
| Purchase | 6/25/2021 | 11,495 | 24.5065 |
| Purchase | 6/28/2021 | 5,931 | 24.8982 |
| Purchase | 7/13/2021 | 6,000 | 23.4927 |

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Robert J. Grden, on behalf of the Wayne County Employees' Retirement System ("Wayne County ERS") declares the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.      I have reviewed a complaint against Sotera Health Company ("Sotera").

2.      I am duly authorized to institute legal action on behalf of Wayne County ERS, including litigation against Sotera and any other defendants.

3.      Wayne County ERS did not purchase or sell the security that is the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4.      Wayne County ERS is willing to serve as lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. Wayne County ERS also understands that it is subject to the jurisdiction of the Court and will be bound by all rulings of the Court, including rulings regarding any judgments.

5.      Wayne County ERS will not accept any payment for serving as a representative party beyond its *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

6.      Wayne County ERS has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification, except as detailed below:

*Building Trades Pension Fund of Western Pennsylvania v. Insperity, Inc. et al.*, No. 1:20-cv-05635-NRB (S.D.N.Y. Sept. 21, 2020);

*In re AstraZeneca PLC Securities Litigation*, No. 1:21-cv-00722-JPO (S.D.N.Y. Mar. 29, 2021);

*City of Hollywood Police Officers' Retirement System v. Citrix Systems, Inc. et al.*, No. 0:21-cv-62380-AHS (S.D. Fla. Jan. 18, 2022);

*Genesee County Employees' Retirement System v. FirstCash Holdings, Inc et al.*, No. 4:22-cv-00033-P (N.D. Tex. Mar. 15, 2022);

*City of Miami General Employees' & Sanitation Employees' Retirement Trust v. Casey Jr. et al.*, No. 2:22-cv-02371-SDM-CMV (S.D. Ohio Aug. 1, 2022);

*Collinsville Police Pension Board on behalf of the Collinsville Police Pension Fund v. Discovery, Inc. et al.*, No. 1:22-cv-08171-VEC (S.D.N.Y. Nov. 22, 2022);

*In re PayPal Holdings Inc. Securities Litigation*, No. 3:22-cv-05864-GC-LHG (D.N.J. Dec. 5, 2022); and

*Ciarciello v. Bioventus Inc. et al.*, No. 1:23-cv-00032-CCE-JEP (M.D.N.C. Mar. 13, 2023).

7.    Wayne County ERS understands that this is not a claim form, and its ability to share in any recovery as a member of the class is unaffected by Wayne County ERS's decision to serve as a representative party.

8.    Attached hereto as Schedule A is a complete listing of all transactions Wayne County ERS made during the Class Period in the security that is the subject of this litigation.  Wayne County ERS will provide records of those transactions upon request.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this _24_ day of _March_, 2023.

For the Wayne County Employees' Retirement System:

_Robert J. Grden_

Robert J. Grden
Executive Director

**Schedule A**

**Wayne County Employees Retirement System**

**Sotera Health Company (SHC)**

|  | Date | Shares | Price |
|---|---|---|---|
| Purchases: | 6/23/2021 | 7,115.00 | 23.72 |
|  | 6/24/2021 | 15,937.00 | 23.83 |
|  | 6/25/2021 | 21,073.00 | 24.51 |
|  | 6/28/2021 | 10,875.00 | 24.90 |
|  | 7/13/2021 | 9,000.00 | 23.49 |