# EXHIBIT B

**Oakland County Employees' Retirement System**
Loss in Sotera Health Co. (SHC)
Class Period: 11/20/20 - 09/19/22
CUSIP: 83601L102
Retained share price: $7.3554 (09/20/22 - 12/16/22)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale | 3/23/2022 | (4,000) | 21.0726 | ($84,290.40) |
| | | | | | Sale* | 11/8/2022 | (2,436) | 6.9372 | ($16,899.07) |
| | | | | | Sale* | 11/9/2022 | (3,693) | 6.9135 | ($25,531.61) |
| Purchase | 6/23/2021 | 2,200 | 23.7162 | $52,175.64 | Sale* | 11/10/2022 | (1,871) | 6.9150 | ($12,937.97) |
| Purchase | 6/24/2021 | 4,926 | 23.8288 | $117,380.67 | Sale* | 11/15/2022 | (2,252) | 7.0661 | ($15,912.86) |
| Purchase | 6/25/2021 | 6,513 | 24.5065 | $159,610.83 | Sale* | 11/16/2022 | (2,159) | 6.9107 | ($14,920.23) |
| Purchase | 6/28/2021 | 3,361 | 24.8982 | $83,682.85 | Sale* | 11/17/2022 | (100) | 6.8884 | ($688.84) |
| Purchase | 7/13/2021 | 4,000 | 23.4927 | $93,970.80 | Sale* | 11/18/2022 | (4,489) | 6.8686 | ($30,833.31) |
| | | 21,000 | | $506,820.79 | | | (21,000) | | ($202,014.28) |
| | | | | | | | | **Loss** | **($304,806.51)** |

*Shares sold within 90 days after the end of the class period have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the sale.*

**Oakland County Voluntary Employees' Beneficiary Association**
Loss in Sotera Health Co. (SHC)
Class Period: 11/20/20 - 09/19/22
CUSIP: 83601L102
Retained share price: $7.3554 (09/20/22 - 12/16/22)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale* | 11/8/2022 | (4,568) | 6.9372 | ($31,689.23) |
| | | | | | Sale* | 11/9/2022 | (6,924) | 6.9135 | ($47,869.17) |
| Purchase | 6/23/2021 | 3,881 | 23.7162 | $92,042.57 | Sale* | 11/10/2022 | (3,508) | 6.9150 | ($24,257.82) |
| Purchase | 6/24/2021 | 8,693 | 23.8288 | $207,143.76 | Sale* | 11/15/2022 | (5,253) | 7.0661 | ($37,118.22) |
| Purchase | 6/25/2021 | 11,495 | 24.5065 | $281,702.22 | Sale* | 11/16/2022 | (5,038) | 6.9107 | ($34,816.18) |
| Purchase | 6/28/2021 | 5,931 | 24.8982 | $147,671.22 | Sale* | 11/17/2022 | (233) | 6.8884 | ($1,604.99) |
| Purchase | 7/13/2021 | 6,000 | 23.4927 | $140,956.20 | Sale* | 11/18/2022 | (10,476) | 6.8686 | ($71,955.83) |
| | | 36,000 | | $869,515.97 | | | (36,000) | | ($249,311.45) |
| | | | | | | | | **Loss** | **($620,204.53)** |

*Shares sold within 90 days after the end of the class period have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the sale.*

**Wayne County Employees' Retirement System**
Loss in Sotera Health Co. (SHC)
Class Period: 11/20/20 - 09/19/22
CUSIP: 83601L102
Retained share price: $7.3554 (09/20/22 - 12/16/22)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale* | 11/8/2022 | (9,135) | 6.9372 | ($63,371.53) |
| | | | | | Sale* | 11/9/2022 | (13,849) | 6.9135 | ($95,745.25) |
| Purchase | 6/23/2021 | 7,115 | 23.7162 | $168,740.76 | Sale* | 11/10/2022 | (7,016) | 6.9150 | ($48,515.64) |
| Purchase | 6/24/2021 | 15,937 | 23.8288 | $379,759.59 | Sale* | 11/15/2022 | (8,505) | 7.0661 | ($60,097.18) |
| Purchase | 6/25/2021 | 21,073 | 24.5065 | $516,425.47 | Sale* | 11/16/2022 | (8,156) | 6.9107 | ($56,363.79) |
| Purchase | 6/28/2021 | 10,875 | 24.8982 | $270,767.93 | Sale* | 11/17/2022 | (376) | 6.8884 | ($2,590.03) |
| Purchase | 7/13/2021 | 9,000 | 23.4927 | $211,434.30 | Sale* | 11/18/2022 | (16,963) | 6.8686 | ($116,512.68) |
| | | 64,000 | | $1,547,128.05 | | | (64,000) | | ($443,196.09) |
| | | | | | | | | **Loss** | **($1,103,931.96)** |

*Shares sold within 90 days after the end of the class period have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the sale.*