# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM, et al., | ) ) ) | CASE NO. 1:23-CV-00143 |
| | ) | JUDGE CHARLES E. FLEMING |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **ORDER APPOINTING THE MICHIGAN FUNDS AS LEAD** |
| SOTERA HEALTH COMPANY, et al., | ) ) | **PLAINTIFF AND APPROVING THEIR SELECTION OF LEAD** |
| Defendants. | ) ) | **COUNSEL** |

Before the Court is (1) the Motion for the Oakland County Employees' Retirement System, Oakland County Voluntary Employees' Beneficiary Association, and Wayne County Employees' Retirement System (collectively, the "Michigan Funds") for Appointment as Lead Plaintiff and Approval of Their Selection of Lead Counsel (ECF No. 7); (2) the Memorandum of Law in support thereof (ECF No. 7-1); and (3) the Declaration of Scott. D. Simpkins (ECF No. 7-3).  On April 10, 2023, the Michigan Funds filed a Notice indicating that their Motion for Appointment as Lead Plaintiff and Selection of Lead Counsel is unopposed (ECF No. 8).

For good cause shown, the Motion (ECF No. 7) is **GRANTED.**  The Court **ORDERS, ADJUDGES,** and **DECREES** as follows:

1. The Michigan Funds are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. § 77z-l(a)(3)(B), and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C .§ 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated pursuant to paragraph 4 of this Order.

2. The Michigan Funds' selection of Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP and Motley Rice LLC are **APPOINTED** as Lead Counsel for the Class, contingent on the submission and approval of any motions for admission pro hac vice.

3. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any pending, previously or subsequently filed, removed or transferred actions that are related to the claims asserted in the above-captioned action are **CONSOLIDATED** for all purposes.

4. This action shall be captioned, "*In re Sotera Health Company Securities Litigation*," and the file shall be maintained under Master File No. 1:23-cv-00143-CEF.

5. Consistent with this Court's March 9, 2023 Order (ECF No. 6), the parties are directed to file a joint proposed schedule, together with a proposed Order.

**IT IS SO ORDERED.**

**Dated: April 17, 2023**

*/s/ Charles Fleming*
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**