**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE SOTERA HEALTH COMPANY SECURITIES LITIGATION, | Case No. 1:23-cv-00143-CEF<br><br>Judge Charles Esque Fleming |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES A. HARROD

Pursuant to Local Rule 83.5(h), Lead Plaintiffs Oakland County Employees' Retirement System, Oakland County Voluntary Employees' Beneficiary Association, and Wayne County Employees' Retirement System (collectively, "Lead Plaintiffs"), by and through the undersigned counsel, respectfully move this Court for an order granting James A. Harrod leave to appear *pro hac vice* representing Lead Plaintiffs in the above-captioned case. In support of the Motion, the undersigned counsel ("Movant") states as follows:

James A. Harrod is admitted to practice before the courts of the State of New York, as of June 2, 2000 (NYS Registration No. 3058252), and is a member in good standing of the Bar of the State of New York. Mr. Harrod is also admitted to practice and is a member in good standing in the following courts:

a. United States District Court for the Southern District of New York (June 9, 2001);

b. United States District Court for the Eastern District of New York (June 9, 2001);

c. United States District Court for the Eastern District of Michigan (January 8, 2015);

d. United States Court of Appeals for the Second Circuit (July 1, 2011);

e. United States Court of Appeals for the Third Circuit (July 17, 2015);

  f.  United States Court of Appeals for the Sixth Circuit (February 5, 2015); and

  g.  United States Court of Appeals for the Seventh Circuit (April 3, 2009).

Attorney Harrod's contact information is as follows:

James A. Harrod (NYS Registration No. 3058252)
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jim.harrod@blblgaw.com

Movant represents that James A. Harrod is a member in good standing of the highest court of the State of New York as attested by the accompanying declaration. Movant further represents that James A. Harrod has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States nor has he ever received any reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

WHEREFORE, Lead Plaintiffs respectfully request that James A. Harrod be admitted *pro hac vice* in the above-captioned case to appear and represent Lead Plaintiffs.

Dated: April 25, 2023      Respectfully submitted,

              */s/ Scott D. Simpkins*
              Scott D. Simpkins, SBN 66775
              **CLIMACO, WILCOX, PECA**
              **& GAROFOLI CO., LPA**
              55 Public Square
              Suite 1950
              Cleveland, Ohio 44113
              Telephone: (216) 621-8484
              Facsimile: (216) 771-1632
              sdsimp@climacolaw.com

              *Liaison Counsel for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

*/s/ Scott D. Simpkins*
Scott D. Simpkins