**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE SOTERA HEALTH COMPANY SECURITIES LITIGATION, | Case No. 1:23-cv-00143-CEF <br><br> Judge Charles Esque Fleming |

### MOTION FOR ADMISSION *PRO HAC VICE* OF TIMOTHY G. FLEMING

Pursuant to Local Rule 83.5(h), Lead Plaintiffs Oakland County Employees' Retirement System, Oakland County Voluntary Employees' Beneficiary Association, and Wayne County Employees' Retirement System (collectively, "Lead Plaintiffs"), by and through the undersigned counsel, respectfully move this Court for an order granting Timothy G. Fleming leave to appear *pro hac vice* representing Lead Plaintiffs in the above-captioned case. In support of the Motion, the undersigned counsel ("Movant") states as follows:

Timothy G. Fleming is admitted to practice before the courts of the State of New York, as of March 16, 2016 (NYS Registration No. 5413539), and is a member in good standing of the Bar of the State of New York. Mr. Fleming is also admitted to practice and is a member in good standing in the United States District Court for the Southern District of New York (August 21, 2018).

Attorney Fleming's contact information is as follows:

Timothy G. Fleming (NYS Registration No. 5413539)
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
timothy.fleming@blblgaw.com

1

Movant represents that Timothy G. Fleming is a member in good standing of the highest court of the State of New York as attested by the accompanying declaration. Movant further represents that Timothy G. Fleming has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States nor has he ever received any reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

WHEREFORE, Lead Plaintiffs respectfully request that Timothy G. Fleming be admitted *pro hac vice* in the above-captioned case to appear and represent Lead Plaintiffs.

Dated: April25, 2023                        Respectfully submitted,

*/s/ Scott D. Simpkins*
Scott D. Simpkins, SBN 66775
**CLIMACO, WILCOX, PECA**
**& GAROFOLI CO., LPA**
55 Public Square
Suite 1950
Cleveland, Ohio 44113
Telephone: (216) 621-8484
Facsimile: (216) 771-1632
sdsimp@climacolaw.com

*Liaison Counsel for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

*/s/ Scott D. Simpkins*
Scott D. Simpkins