**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE SOTERA HEALTH COMPANY SECURITIES LITIGATION, | Case No. 1:23-cv-00143-CEF<br><br>Judge Charles Esque Fleming |

### MOTION FOR ADMISSION *PRO HAC VICE* OF STEPHEN C. BOSCOLO

Pursuant to Local Rule 83.5(h), Lead Plaintiffs Oakland County Employees' Retirement System, Oakland County Voluntary Employees' Beneficiary Association, and Wayne County Employees' Retirement System (collectively, "Lead Plaintiffs"), by and through the undersigned counsel, respectfully move this Court for an order granting Stephen C. Boscolo leave to appear *pro hac vice* representing Lead Plaintiffs in the above-captioned case. In support of the Motion, the undersigned counsel ("Movant") states as follows:

Stephen C. Boscolo is admitted to practice before the courts of the State of Maryland, as of December 17, 2020 (MD Attorney ID No. 2012170277) and is a member in good standing of the Bar of the State of Maryland.

Attorney Boscolo's contact information is as follows:

Stephen C. Boscolo (MD Attorney ID No. 2012170277)
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
stephen.boscolo@blblgaw.com

Movant represents that Stephen C. Boscolo is a member in good standing of the highest court of the State of Maryland as attested by the accompanying declaration. Movant further

1

represents that Stephen C. Boscolo has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States nor has he ever received any reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

WHEREFORE, Lead Plaintiffs respectfully request that Stephen C. Boscolo be admitted *pro hac vice* in the above-captioned case to appear and represent Lead Plaintiffs.

Dated: April 25, 2023           Respectfully submitted,

*/s/ Scott D. Simpkins*
Scott D. Simpkins, SBN 66775
**CLIMACO, WILCOX, PECA**
**& GAROFOLI CO., LPA**
55 Public Square
Suite 1950
Cleveland, Ohio 44113
Telephone: (216) 621-8484
Facsimile: (216) 771-1632
sdsimp@climacolaw.com

*Liaison Counsel for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

*/s/ Scott D. Simpkins*
Scott D. Simpkins