# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE SOTERA HEALTH COMPANY SECURITIES REGULATION | ) ) ) ) ) ) ) ) ) | CASE NO. 1:23-cv-143<br><br>JUDGE CHARLES E. FLEMING<br><br><br><br><br>**JUDGMENT ENTRY** |

For the reasons stated in the contemporaneously filed Memorandum Opinion and Order, this action is hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

**Date: March 19, 2025**

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**