**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE SOTERA HEALTH COMPANY SECURITIES LITIGATION* | Case No. 1:23-cv-00143-CEF<br><br>Judge Charles Esque Fleming<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that, in the above-captioned case, Lead Plaintiffs Oakland County Employees' Retirement System, Oakland County Voluntary Employees' Beneficiary Association, and Wayne County Employees' Retirement System ("Lead Plaintiffs") and Plaintiffs City of North Miami Beach General Employees' Retirement Plan and City of North Miami Beach Police Officers' and Firefighters' Retirement Plan (collectively, with Lead Plaintiffs, "Plaintiffs"), hereby appeal to the United States Court of Appeals for the Sixth Circuit from the final Judgment that was entered on March 19, 2025 (ECF 60), and from the March 19, 2025 Memorandum Opinion and Order granting Defendants' Motion to Dismiss the Consolidated Class Action Complaint (ECF 59).

Dated: April 18, 2025

Respectfully submitted

*<u>/s/ Scott D. Simpkins</u>*
Scott D. Simpkins, SBN 66775
**CLIMACO, WILCOX, PECA & GAROFOLI CO., LPA**
North Point Tower
1001 Lakeside Avenue E, Suite 1400
Cleveland, Ohio 44114
Telephone: (216) 621-8484
Facsimile: (216) 771-1632
sdsimp@climacolaw.com

*Liaison Counsel for Lead Plaintiffs Oakland County Employees' Retirement System and Oakland County Voluntary Employees'*

*Beneficiary Association, and Wayne County Employees' Retirement System*

Hannah Ross (*pro hac vice motion pending*)
James A. Harrod (*pro hac vice*)
Timothy Fleming (*pro hac vice*)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
hannah@blbglaw.com
jim.harrod@blbglaw.com
timothy.fleming@blbglaw.com

*Co-Lead Counsel and Counsel for Lead Plaintiffs Oakland County Employees' Retirement System and Oakland County Voluntary Employees' Beneficiary Association*

Serena P. Hallowell (*pro hac vice*)
**MOTLEY RICE LLC**
800 3rd Ave., Suite 2401
New York, NY 10022
Telephone: (212) 577-0040
shallowell@motleyrice.com

William S. Norton (*pro hac vice*)
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Tel: (843) 216-9000
bnorton@motleyrice.com

*Co-Lead Counsel and Counsel for Lead Plaintiff Wayne County Employees' Retirement System*

Aaron L. Castle (*pro hac vice*)
Robert Abb (*pro hac vice*)
**VANOVERBEKE MICHAUD & TIMMONY P.C.**
79 Alfred Street
Detroit, Michigan 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201

acastle@vmtlaw.com
rabb@vmtlaw.com

*Additional Counsel for Lead Plaintiffs Oakland County Employees' Retirement System, Oakland County Voluntary Employees' Beneficiary Association, and Wayne County Employees' Retirement System*

Adam T. Savett
**WOLF POPPER LLP**
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
asavett@wolfpopper.com

*Additional Counsel for Plaintiffs City of North Miami Beach General Employees' Retirement Plan, and City of North Miami Beach Police Officers' and Firefighters' Retirement Plan*

**CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically this 18th day of April 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Scott D. Simpkins*