**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

---

No: 25-3311

---

1:23-cv-00143-CEF
Filed: March 18, 2026

In re: SOTERA HEALTH COMPANY SECURITIES LITIGATIONS

------------------------------

OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated; OAKLAND COUNTY VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION, on behalf of themselves and all others similarly situated; WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM; CITY OF NORTH MIAMI BEACH GENERAL EMPLOYEES RETIREMENT PLAN; CITY OF NORTH MIAMI BEACH POLICE OFFICERS AND FIREFIGHTERS' RETIREMENT PLAN

Plaintiffs - Appellants

v.

SOTERA HEALTH COMPANY; MICHAEL B. PETRAS, JR.; SCOTT J. LEFFLER; KATHLEEN A. HOFFMAN; RUOXI CHEN; SEAN L. CUNNINGHAM; DAVID A. DONNINI; STEPHANIE M. GEVEDA; ANN R. KLEE; CONSTANTINE S. MIHAS; JAMES C. NEARY; VINCENT K. PETRELLA; WARBURG PINCOS LLC; GTCR, LLC; JP MORGAN SECURITIES, LLC; CREDIT SUISSE SECURITIES (USA), LLC; GOLDMAN SACHS & COMPANY, LLC; JEFFRIES LLC; BARCLAYS CAPITAL INC.; CITIGROUP GLOBAL MARKETS, INC.; RBC CAPITAL MARKETS, LLC; BNP PARIBAS SECURITIES CORPORATION; KEYBANC CAPITAL MARKETS INC.; CITIZENS CAPITAL MARKETS, INC.; ING FINANCIAL MARKETS LLC; ACADEMY SECURITIES, INC.; LOOP CAPITAL MARKETS, L.L.C.; PENSERA SECURITIES LLC; SIEBERT WILLIAMS SHANK & CO., LLC; TIGRESS FINANCIAL PARTNERS LLC

Defendants - Appellees

MANDATE

Pursuant to the court's disposition that was filed 02/24/2026 the mandate for this case hereby issues today. Affirmed.

COSTS: None